UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY B. DAVIS, | Case No. 1:20-cv-00276-HBK |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS TO APPOINT COUNSEL |
| v. | |
| DR. PHUI, FNU YAGUEZI; KHUONG PHUI, | (Doc. Nos. 26, 27) |
| Defendants. | |

Pending before the Court are Plaintiff's motions to appoint counsel, filed on November 15, 2020.  (Doc. Nos. 26, 27).  An October 21, 2021, the Court previously denied Plaintiff's earlier motion to appoint counsel.  (Doc. Nos. 21, 23).

Noting he inadvertently failed to include a proof of service page on his motion and has had limited access to the law library, Plaintiff again seeks appointment of counsel. (Doc. No. 26 at 1).  But this time Plaintiff seeks appointment of counsel only for the discovery process, noting that defense counsel is attempting to coordinate his deposition.  (*Id.* at 1-3).  Plaintiff further states that he has many inmate witnesses who will be witnesses concerning his illness.  (*Id.* at 2). Plaintiff re-asserts that he has made numerous attempts to secure counsel to no avail.  (*Id.* at 3). The second motion reiterates Plaintiff's arguments in the first motion, asserting that Plaintiff believes the case is one of "life and death." (*See* Doc. Nos. 26 at, 27 at 2).

The Court's October 21, 2021 order recites the operative standard of review and the Court

incorporates by reference the applicable law in the instant order.  (Doc. No. 23).  As stated in the former order, while the Court is sensitive to Plaintiff's incarcerated status, the situation he faces with lack of knowledge about procedural rules, limited access to the law library, and possible inmate witnesses are faced by all inmate plaintiffs.  (*Id.* at 2-3). Further, the Court notes Plaintiff's First Amended Complaint ("FAC") concerns an Eighth Amendment deliberate indifference to his medical condition.  (*See generally* Doc. No. 10 at 3-4) (alleging Plaintiff had a blood infection and was septic, ultimately resulting heart surgery and valve replacement).  Plaintiff has shown the ability to litigate the case and this case remains at the early stages of litigation.  Based on the foregoing, the Court finds Plaintiff has not met the "exceptional circumstances" necessary for appointment of counsel in this civil case.

        Accordingly, it is **ORDERED:**

        Plaintiff's motions to appoint counsel are DENIED.  (Doc. Nos. 26, 27).

Dated:    February 9, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE