1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     KELLY B. DAVIS,                          No.  1:20-cv-00276-DAD-HBK (PC)

12                    Plaintiff,

13          v.                                  ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS
14     DR. PHUI, et al.,
                                                (Doc. No. 48)
15                    Defendants.

16

17          Plaintiff Kelly B. Davis is a state prisoner proceeding *pro se* in this civil rights action filed

18     pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  This matter was referred to a United States

19     Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 14, 2022, the assigned magistrate judge issued findings and

21     recommendations, recommending that plaintiff's motion seeking a preliminary injunction (Doc.

22     No. 29) be denied.  (Doc. No. 48.)  Those findings and recommendations were served on plaintiff

23     and contained notice that any objections thereto were to be filed within fourteen (14) days of

24     service.  (*Id.*)  To date, plaintiff has not filed any objections and the time in which to do so has

25     since passed.

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

27     *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings

28     and recommendations to be supported by the record and by proper analysis.

                                               1

Accordingly,

1.      The findings and recommendations issued on February 14, 2022 (Doc. No. 48) are

        adopted;

2.      Plaintiff's motion seeking a preliminary injunction (Doc. No. 29) is denied; and

3.      This case is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:    **June 14, 2022**                _Dale A. Drozd_

                                       UNITED STATES DISTRICT JUDGE