UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY B. DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. KHUONG PHUI, et al.,<br><br>　　　　Defendants. | Case No. 1:20-cv-00276-ADA-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 72)<br><br>SEPTEMBER 26, 2023 DEADLINE |

　　　　Pending before the Court is Plaintiff Kelly B. Davis' Motion for Extension of Time, filed on September 4, 2023.  (Doc. No. 72).  Plaintiff seeks a 15-day enlargement of time to file a response to Defendants' August 21, 2023 Motion for Summary Judgment (Doc. No. 71, "MSJ"), which is currently due September 11, 2023.  Plaintiff's Counsel asserts he needs additional time because of competing deadlines in other cases.  (Doc. No. 72 at 2).  Counsel indicates that Defense Counsel has no objection to the proposed extension.  (*Id.*).

　　　　The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."  Fed. R. Civ. P. 6(b)(1)(A).  The Court finds good cause to grant the requested extension.  Plaintiff must file his response to Defendants' MSJ no later than September 26, 2023.

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion for extension of time (Doc. No. 72) is GRANTED. Plaintiff shall file his response to Defendants' Motion for Summary Judgment no later than September 26, 2023.

Dated:   September 5, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE