UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY B. DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>K. PHUI, et al.,<br><br>  Defendants. | Case No. 1:20-cv-00276-KES-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 85)<br><br>JUNE 27, 2024 DEADLINE |

Pending before the Court is Plaintiff Kelly B. Davis' Motion for Extension of Time filed on May 24, 2024. (Doc. No. 85). Plaintiff seeks a 30-day extension of time to file his opposition to Defendants' Motion for Summary Judgment. (*Id*.). Plaintiff asserts he needs additional time to file his opposition because Defendants' motion is lengthy and contains several exhibits; further, Plaintiff's counsel only recently received Plaintiff's complete medical file from CDCR, which counsel has not fully reviewed and must do so before filing an opposition. (*Id*. at 1-2). Plaintiff states that Defense counsel does not object to the extension.

The Court may grant an extension of time "with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A). The Court finds good cause to grant Plaintiff's requested extension. Plaintiff must file his opposition to Defendants' summary judgment motion no later than June 27, 2024.

1

Accordingly, it is hereby **ORDERED**:

Plaintiff's motion for extension of time (Doc. No. 85) is GRANTED.  Defendant must file his opposition to Defendants' motion for summary judgment no later than June 27, 2024.

Dated:   May 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE