UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY B. DAVIS,<br><br>             Plaintiff,<br><br>      v.<br><br>K. PHUI, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00276-KES-HBK (PC)<br><br>ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 87)<br><br>ORDER DISREGARDING AS MOOT PLAINTIFF'S DUPLICATIVE MOTION FOR EXTENSION OF TIME<br><br>(Doc. No. 88)<br><br>JULY 22, 2024 DEADLINE |

Pending before the Court is Plaintiff Kelly B. Davis' second Motion for Extension of Time filed on June 20, 2024. (Doc. No. 87). On the same day, Plaintiff filed a second copy of the identical motion. (Doc. No. 88). Plaintiff seeks a further 30-day extension of time to file his opposition to Defendants' Motion for Summary Judgment, which was filed on May 14, 2024. (*Id.*). Plaintiff asserts he needs additional time to file his opposition because Defendants' motion is lengthy and contains several exhibits; further, Plaintiff's counsel only recently received additional medical documents from CDCR, which counsel has not fully reviewed and must do so before filing an opposition. (*Id.* at 1-2). Plaintiff states that Defense counsel does not object to the extension.

The Court may grant an extension of time "with or without motion or notice if the court

acts, or if a request is made, before the original time or its extension expires." Fed. R. Civ. P. 6(b)(1)(A).  The Court finds good cause to grant Plaintiff's requested extension.  Plaintiff must file his opposition to Defendants' summary judgment motion no later than July 22, 2024.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's second motion for extension of time (Doc. No. 87) is GRANTED. Defendant must file his opposition to Defendants' motion for summary judgment no later than July 22, 2024.

2. The Court will disregard as moot Plaintiff's duplicative motion for extension of time (Doc. No. 88).

Dated:   June 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE