1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KELLY B. DAVIS,                              Case No.  1:20-cv-00276-KES-HBK (PC)

12              Plaintiff,                          ORDER DIRECTING PARTIES TO FILE
                                                   SUPPLEMENTAL PLEADING IN
13        v.                                       COMPLIANCE WITH LOCAL RULE 260

14    L. CHANZA, C. CRYER, JR, KHUONG
      PHUI, STUART SHERMAN, and
15    YAGUEZI,

16              Defendant.

17

18         Pending before the Court is Defendants L. Chanza, C. Cryer, Jr, Khuong Phui, Stuart

19    Sherman, and Yaguezi's Motion for Summary Judgment.  (Doc. No. 84, "MSJ").  On July 22,

20    2024, after being granted three extensions of time, Plaintiff filed an Opposition.  (Doc. No. 90,

21    "Opposition").  Upon review of the Parties respective pleadings, the Court notes that neither

22    pleading conforms with Local Rule 260.  Specifically, Defendants are to accompany their MSJ

23    with a "Statement of undisputed Facts" and Plaintiff is required to "reproduce the itemized facts

24    in the Statement of Undisputed Facts" and admit or deny each statement, as appropriate.  *See*

25    Local Rule 260(a), (b).  (E.D. Cal. 2023).

26         Accordingly, it is **ORDERED**:

27         1.  Within 10 days of this Order, Defendants shall file a pleading titled "Supplement to

28              Motion for Summary Judgment: Statement of Undisputed Facts" in full compliance

1    with Local Rule 260(a).

2    2.   Within 10 days thereafter, Plaintiff shall file a pleading titled "Supplement to

3    Opposition: Response to Statement of Undisputed Facts" in which Plaintiff admits or

4    denies Defendants' itemized facts in full compliance with Local Rule 260(b).  Plaintiff

5    may also file a concise "Statement of Disputed Facts," if he wishes the Court to

6    consider additional facts not included in Defendants' Statement of Facts, as

7    appropriate.  (*Id*.).

8

9    Dated:    August 16, 2024

10   HELENA M. BARCH-KUCHTA
     UNITED STATES MAGISTRATE JUDGE

2