UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY B. DAVIS, <br><br> Plaintiff, <br><br> v. <br><br> L. CHANZA, C. CRYER, JR, KHUONG PHUI, STUART SHERMAN, and YAGUEZI, <br><br> Defendants. | Case No. 1:20-cv-00276-KES-HBK (PC) <br><br> ORDER DIRECTING PLAINTIFF TO COMPLY WITH LOCAL RULE 260(b) <br><br> (Doc. No. 92) |

    This is counseled prisoner civil rights case. On August 16, 2024, the Court directed Defendant to file a statement of undisputed facts, as required by Local Rule 260, and directed Plaintiff to comply with Rule 260(b) and "reproduce the itemized facts in the Statement of Undisputed Facts" and admit or deny each statement, as appropriate. (*See* Doc. No. 92). On August 19, 2024, Defendants filed the required Statement of Undisputed Facts. (Doc. No. 93). On August 29, 2024, Plaintiff filed his own Statement of Undisputed Facts, as permitted by Rule 260(b), but failed to comply with Rule 260 and the Court's Order which required him to "reproduce the itemized facts in [Defendants'] Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial." L.R. 260(b) (E.D. Cal. 2023).

Accordingly, it is **ORDERED**:

1. Within ten (10) days of this Order, Plaintiff shall file an Opposition to Defendants' Statement of Undisputed Facts, in compliance with Local Rule 260(b).

2. If Plaintiff fails to timely comply with this Court Order, the Court may impose sanctions as appropriate.

Dated:     August 30, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE